DENNISON WINCHELL, Appellant, v. FRANK LOVELESS and Another, Respondents.— Judgment affirmed, with costs. All concur.

LILLIAN BABCOCK, Appellant, v. FRANK LOVELESS and Another, Respondents.— Judgment affirmed, with costs. All concur.

BEVERLY BABCOCK, an Infant, by Her Guardian ad Litem, HARRY BABCOCK, Appellant, v. FRANK LOVELESS and Another, Respondents.— Judgment affirmed, with costs. All concur.

BARBARA BABCOCK, an Infant, by Her Guardian ad Litem, HARRY BABCOCK, Appellant, v. FRANK LOVELESS and Another, Respondents.— Judgment affirmed, with costs. All concur.

GEORGE L. CANFIELD, as Administrator, etc., of DALE E. CANFIELD, Deceased, Appellant, v. EASTERN GREYHOUND LINES, INC., OF NEW YORK, JOSEPH A. AIDUKONIS and DOMINICK AIDUKONIS, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of HENRY J. SEMO for Reinstatement as an Attorney and Counselor at Law.— Application for reinstatement granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN BALEN, Appellant.— Motion for enlargement of time denied, without prejudice to renewal, on the ground that the moving papers fail to show of what crime the defendant has been convicted, whether or not he is now incarcerated or is at liberty on bail under a certificate of reasonable doubt, or when the plaintiff will be able to file the papers on appeal or argue the case.

BARNEY BERMAN, Respondent, v. MICHIGAN CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb, J., not voting.

STEWART NATIONAL BANK AND TRUST COMPANY OF LIVONIA, Respondent, v. JOHN M. PROPHET, JR., Defendant, and EVELYN J. PROPHET, Appellant.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the plaintiff released certain security consisting of shares of the Snider Packing Company and received other security in place thereof without the knowledge or consent of the appellant, an accommodation joint maker, and allowance has not been made for the amount of security so relinquished; and on the further ground that an issue of fact was presented as to whether certain shares of the Kurlash Co., Inc., were security and released without the knowledge and consent of the appellant, the value of the Kurlash shares not appearing in the record. All concur, except Crosby, J., who dissents and votes for affirmance.

WOODS AND SPRAGUE MILLING COMPANY, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 16644.) — Judgment affirmed, with costs. All concur, except Edgcomb, J., not voting.

ROYAL DEVELOPMENT COMPANY, Appellant, v. JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Edgcomb, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROYAL DEVELOPMENT COMPANY, INC., Appellant, Impleaded with JAMES NAUGHTEN and Others, Defendants.— Order modified by amending the provision of the order appealed from so as to read: Further ordered that the Attorney-General may make proof